IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **SHAYLA WILLIAMS**, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 5:08-CV-335(HL) |
| **WILLIAM ENDERS,** | : |
| Defendant. | : |

**ORDER**

Plaintiff, Shayla Williams, has filed a Request for Voluntary Dismissal (Doc. 32) pursuant to Federal Rule of Civil Procedure 41(a)(2). She has moved the Court for an order dismissing the case against Defendant, William Enders, without prejudice.

Having read and considered Plaintiff's request, the motion (Doc. 32) is granted. This case is dismissed without prejudice.

**SO ORDERED**, this 7th day of April, 2010.

/s/ Hugh Lawson
**HUGH LAWSON, SENIOR JUDGE**

mbh